UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER 2.0, INC, <br><br> Plaintiff, <br><br> v. <br><br> TONNY FU et al., <br><br> Defendants. | Case No. 2:22-cv-07438-SB-MAA <br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

 On January 5, 2023, Plaintiff filed proof that Defendants Tonny Fu and Tonny Vu were served on December 29, 2022.  Dkt. Nos. 22, 23.  Responsive pleadings by Defendants Fu and Vu were due on January 19, 2023.  None have been filed as to either Defendant, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than February 10, 2023, why this action should not be dismissed for lack of prosecution.

 The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

 Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

 IT IS SO ORDERED

Date: February 3, 2023

                        _____
                        Stanley Blumenfeld, Jr.
                        United States District Judge